IN RE:                                                        Case No. _____

**Amiri, Azad**                                      Chapter    13

Debtor(s)

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of _____**1** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **February 12, 2010**

/s/ *Thomas M. Swihart*
Signature of Debtor's Attorney or Pro Per Debtor

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Dansk Investment Group, Inc.
6591 Collins Drive, Suite E11
Moorpark, CA 93021


First American Title Insurance Company
3 First American Way NDTS Division
Santa Ana, CA 92707


Kolto Merchant Financial
124 Pierpont Circle
Folsom, CA 95630