# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: thawkins | Date Created: 2/17/2010 |
| Case: 10–41570 | Form ID: OFFIND | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     Martha G. Bronitsky     13trustee@oak13.com
aty     Thomas M. Swihart     tmsesq@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Azad Amiri     7920 Brentwood Boulevard     Brentwood, CA 94513

TOTAL: 1