Eugene K. Yamamoto (State Bar No. 112245)
LAW OFFICES OF EUGENE K. YAMAMOTO
Lakeside Regency Plaza
1555 Lakeside Drive, Suite 64
Oakland, CA 94612
Telephone: (510) 433-9340
Facsimile: (510) 433-9342

Attorneys for Secured Lienholder,
EIM-El Segundo,
A California limited partnership

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Azid Amiri,<br><br>Debtor. | Case No. 10-41570<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND FOR SANCTIONS**<br><br>DATE: June 16, 2010<br>TIME: 10:30 a.m.<br>CTRM: 220<br><br>RS No: EKY-1<br><br>The Honorable Randall J. Newsome |

NOTICE IS HEREBY GIVEN THAT a hearing will be held on June 16, 2010 at 10:30 a.m. ("Hearing") in Courtroom 220 of the United States Bankruptcy Court For The Northern District of California located at 1300 Clay Street, Suite 300, Oakland, California, 94612, before the Honorable Randall J. Newsome, United States Bankruptcy Judge. The Hearing will concern the Alternative Motion For Relief From The Automatic Stay, And For Sanctions ("Motion") by secured lienholder, EIM-El Segundo, a California partnership ("EIM").

This is a core proceeding under the United States Bankruptcy Court and this Creditor consents to a final Order by the above-entitled Court which has jurisdiction over

- 1 -  **In re Amiri, No. 10-41570**

this motion pursuant to 28 U.S.C. §157(a), et seq. and 28 U.S.C. §1334, et seq.

PLEASE TAKE NOTICE THAT SHOULD THE DEBTOR FAIL TO APPEAR AT THE HEARING AND CONTEST OR OBJECT TO THE MOTION, THE COURT MAY GRANT EIM IMMEDIATE RELIEF FROM STAY AT THE HEARING AND LENDER WOULD THEN HAVE THE RIGHT TO PROCEED WITH ITS NON-JUDICIAL FORECLOSURE SALE OF THAT CERTAIN REAL PROPERTY AND IMPROVEMENTS THEREON LOCATED AT 7920 BRENTWOOD BLVD, BRENTWOOD, CALIFORNIA UNDER THE POWER OF SALE PROVISION IN THE DEED OF TRUST EXECUTED BY THE KANG PROPERTY, INC.

This Notice of Hearing shall go forward to either advise the Court that no opposition to EIM's alternative Motion For Determination That The Automatic Stay Is Inapplicable, And For Sanctions ("Motion For Determination") and for entry of an order on EIM's Motion For Determination at the above-referenced hearing or to argue EIM's entitlement to relief from the automatic stay and for sanctions.

DATED: May 21, 2010.    LAW OFFICES OF EUGENE K. YAMAMOTO

By: ___/s/ Eugene K. Yamamoto_____
Eugene K. Yamamoto,
Attorney for Secured Lienholder, EIM-El Segundo, a California partnership

- 2 -

**In re Amiri, No. 10-41570**

Notice Of Hearing On Alternative Motion For Relief From The Automatic Stay, And For Sanctions

Case: 10-41570    Doc# 14    Filed: 05/21/10    Entered: 05/21/10 23:45:48    Page 2 of 2