| | |
|---|---|
| 1 | Eugene K. Yamamoto (State Bar No. 112245) |
| | LAW OFFICES OF EUGENE K. YAMAMOTO |
| 2 | Lakeside Regency Plaza |
| | 1555 Lakeside Drive, Suite 64 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 433-9340 |
| 4 | Facsimile: (510) 433-9342 |
| 5 | Attorneys for Secured Lienholder, |
| | EIM-El Segundo, |
| 6 | A California limited partnership |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 10-41570 |
| Azid Amiri, | Chapter 13 |
| | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |
| Debtor. | |
| | The Honorable Randall J. Newsome |

Please take notice that Eugene K. Yamamoto of the Law Offices Of Eugene K. Yamamoto, hereby enters his appearance as counsel for secured lienholder, EIM-El Segundo, a California partnership ("EIM").

Please take further notice that all parties to the above-captioned Chapter 13 Bankruptcy Case should add counsel for EIM as well as Kristin D. Qualls, Esq. the general counsel for Dansk Investments, Inc., EIM's general partner, to their mailing lists

///

///

for service of all pleadings and papers filed in this action as follows:

>Eugene K. Yamamoto, Esq.
>Law Offices Of Eugene K. Yamamoto
>Lakeside Regency Plaza
>1555 Lakeside Drive, Suite 64
>Oakland, CA 94612
>Telephone: (510) 433-9340
>Facsimile: (510) 433-9342
>Email: GeneY63@aol.com

>Kristin D. Qualls, Esq.
>General Counsel
>Dansk Investments
>905 Rancho Conejo Blvd.
>Newbury Park, CA 91320

EIM hereby makes this special request for notice and service on both of its counsel at the above stated address with regard to any and all pleadings, documents, and other notices where such documents are required under the Bankruptcy Rules, Orders of the Bankruptcy Court or other ordinary practices to be served on the Debtors, any Official Creditor's Committee appointed in this case or the 20 largest creditors in this case. EIM further requests that its counsel be served with any and all pleadings and other matters filed in this bankruptcy case, including, without limitation, any motions for relief from the automatic stay, any of the Bankruptcy Schedules or amended schedules, list of creditors, motions or proceedings concerning the discharge of the Debtors, any and all proposed Chapter 13 Plan and amended Plans, list of exemptions, and any requests or motions for dismissal of this case.

DATED: May 26, 2010.   LAW OFFICES OF EUGENE K. YAMAMOTO


By:   /s/ Eugene K. Yamamoto
Eugene K. Yamamoto,
Attorney for Secured Lienholder, EIM-El Segundo, Inc.