Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Azad Amiri | Chapter 13 Case Number: 10-41570-RN 13 |
| Debtors(s) | |

NOTICE OF HEARING DATE, TIME AND LOCATION ON CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE AND 12 MONTH BAR BASED ON BAD FAITH

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing will be held on August 05, 2010 at 2:00 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California for the following reason:

Chapter 13 Standing Trustee's Motion To Dismiss With Prejudice and 12 Month Bar Based on Bad Faith

**DEBTOR(S) PERSONAL APPEARANCE IS REQUIRED AT THIS HEARING**

| | |
|---|---|
| In Re<br><br>    Azad Amiri<br><br>    Debtors(s) | Chapter 13 Case Number:<br>10-41570-RN 13 |

Date: May 28, 2010

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| May 28, 2010 | /s/Veronica Valdez |
| | Veronica Valdez |

Azad Amiri
7920 Brentwood Bvld
Brentwood,CA 94513

(Debtor(s))

Swihart Law Offices
2039 Shattuck Ave #308
Berkeley,CA 94704

(Counsel for Debtor)

Dansk Investment Group, Inc
6591 Collins Drive, Ste E11
Moorpark, CA 93021
(Creditor)

Dansk Investment Group, Inc
6591 Collins Drive, Ste E11
Moorpark, CA 93021
(Creditor)

Fia Card Services Aka Bank Of America
C/O Becket And Lee Llp
Pob 3001
Malvern, PA 193550701
(Creditor)

First American Title Insurance Company
3 First American Way Ndts Division
Santa Ana, CA 92707
(Creditor)

Kolto Merchant Financial
124 Pierpont Circle
Folsom, CA 95630
(Creditor)